# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DAVID WOOTEN,<br><br>*Plaintiff,*<br><br>v.<br><br>ALICIA WARD, *et al.,*<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:23-cv-00064-TES-CHW |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Neither party objected to the United States Magistrate Judge's Report & Recommendation ("R&R") [Doc. 38] regarding Defendant Alicia Ward's Motion for Summary Judgment [Doc. 30]. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R for clear error, the Court **ADOPTS** the R&R [Doc. 33] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, because the undisputed facts do not support Plaintiff's deliberate indifference claim, and because Defendant Ward is entitled to qualified immunity as a matter of law, the Court **GRANTS** Defendant Ward's Motion for Summary Judgment [Doc. 30].

**SO ORDERED**, this 16th day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**