IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAVID WOOTEN, *

    Plaintiff, *

v.   Case No. 5:23-cv-00064-TES-CHW

  *

ALICIA WARD,

  *

    Defendant.

  *

## J U D G M E N T

Pursuant to this Court's Order dated October 16, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of October, 2024.

                                        David W. Bunt, Clerk

                                        s/ Erin Pettigrew, Deputy Clerk